UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LEE HACKETT,<br><br>        Plaintiff,<br><br>vs.<br><br>CHRISTOPHER JOHNSON, et al.,<br><br>        Defendants.<br>_____/ | 1:04-cv-06685-AWI-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 7)<br><br>**ORDER DISMISSING ACTION** |

    Plaintiff, Eric Lee Hackett ("plaintiff"), is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On March 29, 2005, the Magistrate Judge filed Findings and Recommendations that recommended this action be dismissed for Plaintiff's failure to comply with the court's order requiring him to submit a completed application to proceed in forma pauperis or pay the filing fee. The Findings and Recommendations were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days. On April 4, 2005, plaintiff

1

1  filed objections to the Magistrate Judge's Findings and
2  Recommendations.
3      In accordance with the provisions of 28 U.S.C. §636(b)(1)(C)
4  and Local Rule 73-305, this Court has conducted a de novo review
5  of this case.  Having carefully reviewed the entire file, the
6  Court finds the Findings and Recommendations to be supported by
7  the record and by proper analysis.  In his objections, Plaintiff
8  states that he was given in forma pauperis status in another
9  action.  Title 28 U.S.C. § 1915(a)requires a prisoner to submit
10 an affidavit, along with a certified copy of the prisoner's trust
11 fund account statement for the six month period preceding the
12 filing of the complaint, in order for a prisoner to receive in
13 forma pauperis status.  Thus, the fact Plaintiff was given in
14 forma pauperis status in another action does not absolve
15 Plaintiff from complying with the court's order that he submit
16 the appropriate paperwork in this action.
17     Accordingly, IT IS HEREBY ORDERED that:
18     1.   The Findings and Recommendations, filed March 29, 2005,
19 are ADOPTED IN FULL;
20     2.   This action is DISMISSED based on plaintiff's failure
21 to obey the Court's order of February 16, 2005; and,
22     3.   Any and all pending motions, requests, and/or
23 applications are DENIED as MOOT.
24     4.   The Clerk of Court is DIRECTED to enter Judgment in
25 accordance with this order.
26 IT IS SO ORDERED.
27 **Dated:   June 15, 2005**             **/s/ Anthony W. Ishii**
   0m8i78                          UNITED STATES DISTRICT JUDGE
28